Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Telephone: (559) 691-6222
Facsimile: (559) 691-6221
mark@fresnocriminallawyer.com

 Attorney for Defendant, DAVID STUARD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br><br>DAVID STUARD,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  1:18-CR-00130 DAD<br><br><br>**JOINT STIPULATION TO CONTINUE<br>TRIAL; AND ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for

Defendant David Stuard, and Vincenza Rabenn, Assistant United States Attorney for the

government, that the Trial currently scheduled for February 11, 2020 at 8:30 a.m., be continued

to October 20, 2020 at 8:30 a.m.

The Stipulation is based on good cause.  The parties request that time be excluded

between February 11, 2020 through October 20, 2020 for the following reasons: (1) counsel for

defendant needs additional investigation time to determine if defendant is a career offender; and

(2) counsel for defendant and government counsel are inquiring into additional factual

information into possible co-conspirators; and (3) the requested trial date represents the earliest date that all counsel are available thereafter, taking into account counsel's scheduled, defense counsel's commitments to other clients, and the need for preparation in the case and further investigation; and (4) possible settlement negotiation to resolve this matter if additional time is granted.

For the reasons stated above, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: January 7, 2020                             /s/ Vincenza Rabenn
                                                   VINCENZA RABENN
                                                   Assistant United States Attorney


DATED: January 7, 2020                             /s/Mark A. Broughton
                                                   MARK A. BROUGHTON
                                                   Attorney for DAVID STUARD


* * * * *
**ORDER**


The trial in this case is continued from February 11, 2020 until October 20, 2020, at 8:30 a.m. Trial Confirmation hearing is continued from January 27, 2020 to October 5, 2020, at 10:00 a.m.. Time is excluded for good cause provided.


IT IS SO ORDERED.

Dated:   **January 8, 2020**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE