PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID STUARD,<br><br>          Defendant. | Case No: 1:18-CR-00130-DAD-BAM<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION DATE; ORDER**<br><br>CURRENT DATE: September 16, 2022<br>TIME: 9:00am<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

1. By previous order, this matter is currently scheduled for trial beginning on September 16, 2022, with a trial confirmation date of August 15, 2022.

2. By this stipulation, defendant now moves to continue the trial date until February 20, 2023, and to exclude time between September 16, 2022, through February 20, 2023, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). The parties further agree to continue the trial confirmation date from August 15, 2022, to January 23, 2023.

2. The parties agree and stipulate, and request that the Court find the following:

1

     a)    The government has represented that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

     b)    Counsel for defendant desires additional time to confer with his client about a possible resolution, to review discovery, and to otherwise prepare for trial.

     c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)    The government does not object to the continuance.

     e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2022, to February 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 9, 2022                           PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ Jessica A. Massey
                                                JESSICA A. MASSEY
                                                Assistant U.S. Attorney

Dated:  August 9, 2022                    /s/ Mark Broughton
                                          MARK BROUGHTON
                                          Counsel for Defendant, DAVID STUARD

### FINDINGS AND ORDER

The trial in this matter, currently scheduled for September 16, 2022, shall be continued to February 21, 2023.  Time shall be excluded from September 16, 2022, through February 21, 2023, pursuant to 18 United States Code Section 3161(h)(7)(A), B(iv)  to allow the parties to sufficiently prepare for trial.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.   The currently scheduled Trial Confirmation Hearing date will be continued from August 15, 2022, to January 23, 2023.

IT IS SO ORDERED.

Dated:   **August 9, 2022**                    _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE

3