PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID STUARD,<br><br>                    Defendant. | Case No: 1:18-CR-00130-ADA-BAM<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION DATE;   ORDER**<br><br>CURRENT DATE: February 22, 2023<br>TIME: 9:00am<br>COURT: Hon. Ana de Alba |

**STIPULATION**

1. By previous order, this matter is currently scheduled for trial beginning on February 22, 2023, with a trial confirmation date of January 23, 2023. Doc. 36, 37. Due to a scheduling error when the parties submitted their previous stipulation, it appears time was only excluded through February 21, 2023. Doc. 36.

2. By this stipulation, defendant now moves to continue the trial date until September 26, 2023, and to exclude time between February 21, 2023, through September 26, 2023, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). The parties further agree to continue the trial

1

confirmation date from January 23, 2023, to August 28, 2023.

2. The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

    b)     The parties are in ongoing plea negotiations.

    c)     Counsel for defendant desires additional time to confer with his client about a possible resolution, to review discovery, and to otherwise prepare for trial.

    d)     Counsel for defendant will be in trial on another matter at the time of defendant's currently scheduled trial date in February 2023.

    e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)     The government does not object to the continuance.

    g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2023, to September 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

Dated: January 17, 2023       PHILLIP A. TALBERT
                              United States Attorney

                              /s/ Jessica A. Massey
                              JESSICA A. MASSEY
                              Assistant U.S. Attorney


Dated: January 17, 2023       /s/ Mark Broughton
                              MARK BROUGHTON
                              Counsel for Defendant, DAVID STUARD


**ORDER**

The trial in this matter, currently scheduled for February 22, 2023, shall be continued to September 26, 2023.  Time shall be excluded from February 21, 2023 (current time exclusion), through September 26, 2023, pursuant to 18 United States Code Section 3161(h)(7)(A), B(iv) to allow the parties to sufficiently prepare for trial.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.  The currently scheduled Trial Confirmation Hearing date will be continued from January 23, 2023, to August 28, 2023.

IT IS SO ORDERED.

Dated:   January 18, 2023        _____
                                 UNITED STATES DISTRICT JUDGE

3