PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
ROBERT VENEMAN HUGHES
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID STUARD,<br><br>　　　　　Defendant. | Case No: 1:18-CR-00130-DAD-BAM<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION DATE;  ORDER**<br><br>CURRENT DATE: September 26, 2023<br>TIME: 8:30am<br>COURT: Hon. Ana de Alba |

## **STIPULATION**

1. By previous order, this matter is currently scheduled for trial beginning on September 26, 2023, with a trial confirmation date of August 28, 2023.

2. By this stipulation, defendant now moves to continue the trial date until January 23, 2024, and to exclude time between September 26, 2023, through January 23, 2024, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).  The parties further agree to continue the trial confirmation date from August 28, 2023, to December 18, 2023.

1

2. The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

    b)     The parties are in ongoing plea negotiations.

    c)     Counsel for defendant desires additional time to confer with his client about a possible resolution, to review discovery, and to otherwise prepare for trial.

    d)     Counsel for defendant will be in trial on another matter at the time of defendant's currently scheduled trial date in September 2023.

    e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)     The government does not object to the continuance.

    g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2023, to January 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 15, 2023  PHILLIP A. TALBERT
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: August 15, 2023  /s/ Mark Broughton
MARK BROUGHTON
Counsel for Defendant, DAVID STUARD

**ORDER**

The trial in this matter, currently scheduled for September 26, 2023, shall be continued to January 23, 2024. Time shall be excluded from September 26, 2023 (current time exclusion), through January 23, 2024, pursuant to 18 United States Code Section 3161(h)(7)(A), B(iv) to allow the parties to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial. The currently scheduled Trial Confirmation Hearing date will be continued from August 28, 2023, to December 18, 2023.

IT IS SO ORDERED.

Dated:   August 21, 2023

UNITED STATES DISTRICT JUDGE

3